1
2
3
4
5
6
7
8                            UNITED STATES DISTRICT COURT
9                            EASTERN DISTRICT OF CALIFORNIA
10
11  MANUEL A. WAGAN,                              1:07-cv-01461-AWI-DLB- (HC)
12              Petitioner,
                                                  ORDER DENYING MOTION FOR
13      vs.                                       APPOINTMENT OF COUNSEL
14  K. POWERS-MENDOZA,
                                                  (DOCUMENT #8)
15              Respondent.
16  _____/
17          Petitioner has requested the appointment of counsel.  There currently exists no absolute
18  right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d
19  479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),
20  cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment
21  of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules
22  Governing Section 2254 Cases.  In the present case, the court does not find that the interests of
23  justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS
24  HEREBY ORDERED that petitioner's request for appointment of counsel is denied.
25
26      IT IS SO ORDERED.
27  Dated:   **February 5, 2008**              _____ **/s/ Dennis L. Beck**_____
                                                UNITED STATES MAGISTRATE JUDGE
28