IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANUEL A. WAGAN,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>K. POWERS-MENDOZA,<br><br>　　　　　　　　　　Respondent. | 1:07-cv-01461-AWI-DLB-(HC)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS NUNC PRO TUNC**<br><br>**DOCUMENT #9** |

　　FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED NUNC PRO TUNC an extension of time, up to and including February 29, 2008, in which to file a response to the Petition for Writ of Habeas Corpus.

　　IT IS SO ORDERED.

　　**Dated:   February 21, 2008**　　　　　　　　　／s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER
1