1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   MANUEL A. WAGAN,                     1:07-cv-1461 AWI DLB (HC)

12          Petitioner,                   ORDER DISREGARDING
                                          APPLICATION TO PROCEED
13   vs.                                  IN FORMA PAUPERIS
                                          AS MOOT
14   K. POWERS-MENDOZA,
                                          (DOCUMENT #22)
15          Respondent.

16   _____/

17        Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

18   Section 2254.

19        On May 4, 2009, petitioner filed an application to proceed in forma pauperis.  Due to the

20   fact that the court granted petitioner's previous application to proceed in forma pauperis in the

21   present case on April 30, 2009, IT IS HEREBY ORDERED THAT petitioner's application of

22   Mary 4, 2009, is DISREGARDED AS MOOT.

23

24        IT IS SO ORDERED.

25        Dated:    **May 7, 2009**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE
26

27

28